# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA__

JERRY PARKER

V.

MUTUAL OF OMAHA INSURANCE COMPANY, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07cv1107-WKW

TO: (Name and address of Defendant)

United of Omaha Life Insurance Company
The Prentice Hall Corporation Systems, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas O. Sinclair
Campbell, Gidiere, Lee, Sinclair & Williams
2100A Southbridge Parkway, Suite 450
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                      December 21, 2007

CLERK                                                                           DATE

*[signature]*
(BY) DEPUTY CLERK

✤AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                      Signature of Server

                             _____
                                       Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  United Omaha Life Insurance Company
Street, Apt. No.; The Prentice Hall Corp Systems, Inc
or PO Box No.  150 South Perry Street
City, State, ZIP+4  Montgomery, AL 36104

PS Form 3800, June 2002      See Reverse for Instructions

7446 2483 4846 7000 0080 0867 3002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JERRY PARKER

V.

MUTUAL OF OMAHA INSURANCE COMPANY, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:07cv1107-WKW

TO: (Name and address of Defendant)

Mutual of Omaha Insurance Company
The Prentice Hall Corporation Systems, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas O. Sinclair
Campbell, Gidiere, Lee, Sinclair & Williams
2100A Southbridge Parkway, Suite 450
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                December 21, 2007

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                        *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Mutual of Omaha Ins Co*
       *The Prentice Hall Corp Systems Inc*
Street, Apt. No.;
or PO Box No. *150 South Perry Street*
City, State, ZIP+4 *Montgomery AL 36104*

7000 0600 0000 4848 2459

PS Form 3800, June 2002           See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____   District of   _____ALABAMA_____

JERRY PARKER

V.

MUTUAL OF OMAHA INSURANCE COMPANY, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07cv1107-WKW

TO: (Name and address of Defendant)

Alabama National BanCorporation Group Insurance Plan
ANB Insurance Company
Richard Pardue, President
1927 First Avenue North
Birmingham, AL 35203

   **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas O. Sinclair
Campbell, Gidiere, Lee, Sinclair & Williams
2100A Southbridge Parkway, Suite 450
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                           December 21, 2007
_____              _____
CLERK                                                         DATE

*Donna M. Vaufleet*
_____
(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                          Signature of Server

                                          Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7003 1680 0001 9483 2435

| Postage | $ | 3:07cv1107 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | Group Ins Plan |

Sent To AL Nat'l Bancorporation [illegible]
   ANB Insurance Co., Richard Pardue, President
Street, Apt. No.; or PO Box No. 1927 1st Avenue North
City, State, ZIP+4 Birmingham, AL 35203

PS Form 3800, June 2002      See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JERRY PARKER

V.

MUTUAL OF OMAHA INSURANCE
COMPANY, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07cv1107-WKW

TO: (Name and address of Defendant)

Alabama National BanCorporation
ANB Insurance Company
Richard Pardue, President
1927 First Avenue North
Birmingham, AL 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas O. Sinclair
Campbell, Gidiere, Lee, Sinclair & Williams
2100A Southbridge Parkway, Suite 450
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_(signature)_
(By) DEPUTY CLERK

DATE: December 21, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
        Date              *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

3:07CV1107

7003 1680 0001 9483 2442

Sent To: Alabama National Bancorporation
Street, Apt. No.; ANB Ins Co., Richard Pardue, President
or PO Box No. 1927 1st Ave North
City, State, ZIP+4 Birmingham, AL 35203

PS Form 3800, June 2002        See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

JERRY PARKER

V.

MUTUAL OF OMAHA INSURANCE
COMPANY, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07cv1107-WKW

TO: (Name and address of Defendant)

Unival, Inc.
2100 Commonwealth Boulevard, Suite 300
Ann Arbor, Michigan 48105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas O. Sinclair
Campbell, Gidiere, Lee, Sinclair & Williams
2100A Southbridge Parkway, Suite 450
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

/s/ Donna M. Neufleet

(BY) DEPUTY CLERK

December 21, 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                             Signature of Server

              _____
              Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

7003 1680 0001 9817 7037

Postage $ _____    3:07cv1107-WKW
Certified Fee _____
Return Reciept Fee _____    Postmark
(Endorsement Required)        Here
Restricted Delivery Fee _____   3:07cv1107
(Endorsement Required)
Total Postage & Fees $ _____

Sent To: Unival Corp
Street, Apt. No.; or PO Box No.: 2100 Commonwealth Blvd Ste 300
City, State, ZIP+4: Ann Arbor, MI 48105

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.