| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) ES S. BELLAMY<br>C. Date of Delivery 12-26-07 |
| 1. Article Addressed to:<br>Mutual of Omaha Insurance Company<br>The Prentice Hall Corporation Systems, Inc.<br>150 South Perry Street<br>Montgomery, Alabama 36104<br>3:07cv1107 Cmplsm | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0001 9483 2459 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) ES S. BELLAMY<br>C. Date of Delivery 12-26-07 |
| 1. Article Addressed to:<br>United Omaha Life Insurance Company<br>The Prentice Hall Corporation Systems, Inc.<br>150 South Perry Street<br>Montgomery, Alabama 36104<br>3:07cv1107 Cmplsm | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0001 9483 2466 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154