IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER; ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:07-cv-01107-WKW-SRW |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY; ) | |
| UNIVAL, INC.; ) | |
| UNITED OF OMAHA LIFE INSURANCE CO.; ) | |
| ALABAMA NATIONAL BANCORPORATION; ) | |
| ALABAMA NATIONAL BANCORPORATION ) | |
| GROUP INSURANCE PLAN, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Plaintiff, Jerry Parker, pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 and states as follows:

Plaintiff has no reportable relationships.

Respectfully submitted,

/s/ Thomas O. Sinclair
Thomas O. Sinclair
One of the Attorneys for Plaintiff

Jenifer Champ Wallis
Thomas O. Sinclair
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS

2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Ph:    (205) 803-0051
Fax:   (205) 803-0053
E-mail:  jwallis@cgl-law.com
E-mail:  tsinclair@cgl-law.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on January 16, 2008, with the Clerk of this Court using the CM/ECF system which should automatically send email notification of such filing to the following attorneys of record:

Henry Tonsmeire Morrissette
Hand Arendall, LLC
PO Box 123
107 St. Francis Street
Suite 2600
Mobile, AL 36601-0123
251-432-5511
Fax: 251-694-6375
Email: hmorrissette@handarendall.com

/s/ Thomas O. Sinclair