IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **JERRY PARKER,** | § | |
| **Plaintiff,** | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | 3:07-cv-1107-WKW |
| **MUTUAL OF OMAHA INSURANCE COMPANY, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## CONFLICT DISCLOSURE STATEMENT

Defendants Mutual of Omaha and United of Omaha, in accordance with the order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. These entities are as follows:

Mutual of Omaha Insurance Company
Mutual of Omaha Investor Services, Inc.
United of Omaha Life Insurance Company
Companion Life Insurance Company
Fulcrum Growth Partners, L.L.C.
Fulcrum Growth Partners III, L.L.C.
United World Life Insurance Company

Respectfully submitted,

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE
Bar No.: 7622-E54H

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
E-mail: hmorrissette@handarendall.com

                                   Attorney for Defendants United of Omaha
                                   and Mutual of Omaha

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of January, 2008, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, request the Court to serve the same electronically, on the following counsel:

Thomas O. Sinclair, Esquire
tsinclair@cwl-law.com

Jenifer Champ Wallis, Esquire
jwallis@cwp-law.com

                                   *s/Henry T. Morrissette*
                                   HENRY T. MORRISSETTE