IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **JERRY PARKER,** | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | | 3:07-cv-1107-WKW |
| **MUTUAL OF OMAHA INSURANCE COMPANY, et al.,** | § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE

COMES NOW the undersigned, John S. Johnson, and gives notice of his appearance as additional counsel for Defendants United of Omaha and Mutual of Omaha in the above-styled action.

Respectfully submitted,

*s/John S. Johnson*
JOHN S. JOHNSON
Bar No.: 7114-H67J

HAND ARENDALL, L.L.C.
2001 Park Place North
Suite 1200
Birmingham, Alabama 35203
Telephone: (205) 324-4400
E-mail: jjohnson@handarendall.com

                                      HENRY T. MORRISSETTE
                                      Bar No.: 7622-E54H

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone:   (251) 432-5511
E-mail:  hmorrissette@handarendall.com

                                  Attorneys for Defendants United of Omaha
                                  and Mutual of Omaha

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this 17th day of January, 2008, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, request the Court to serve the same electronically, on the following counsel:

Thomas O. Sinclair, Esquire
tsinclair@cwl-law.com

Jenifer Champ Wallis, Esquire
jwallis@cwp-law.com

                                      *s/John S. Johnson*
                                      JOHN S. JOHNSON