UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                          TELEPHONE (334) 954-3600

February 5, 2008

**Notice of Deficiency Pro Hac Vice**

Jeffrey A. Heldt
Kotz, Sangster, Wysocki and Berg, PC
300 Park
Suite 265
Birmingham, MI 48009


Re:   Parker v. Mutual of Omaha Insurance Company et al
      Civil Action No. 3:07cv01107-WKW

Dear Counsel:

      Our records reflect that you <u>have not been admitted</u> to practice in this Court. This court requires that any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person resides or regularly practices law, may, upon request, be admitted <u>pro hac vice</u> by an order of the judge of this Court. Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this court must within ten (10) days thereafter apply for admission <u>pro hac vice</u> as set out herein, or be admitted to this Court generally.

      Therefore, within the time limit set out above, you are required to petition Judge Watkins, to whom this case is assigned, for admittance <u>pro hac vice</u>. An original certificate of good standing from the U.S. District Court for the district in which you reside must be attached to your motion for admission <u>pro hac vice</u>. There is a $50 fee for each <u>pro hac vice</u> admittance.

      Pursuant to the General Order 2:04-mc-3164 issued by this court, CM/ECF Electronic Noticing is mandatory for all attorneys who practice in this Court. The Mandatory Attorney Data Update and Registration form you will need to complete can be found in electronic form on our website at www.almd.uscourts.gov under the CM/ECF link.