IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JERRY PARKER,

    Plaintiff,

v.

MUTUAL OF OMAHA INSURANCE
COMPANY, UNIVAL, INC, UNITED
OF OMAHA LIFE INSURANCE CO.,
ALABAMA NATIONAL
BANCORPORATION,
ALABAMA NATIONAL
BANCORPORATION
GROUP INSURANCE PLAN,

    Defendants.

Case No. 3:07-cv-1107-WKW
Hon.

| CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS | KOTZ, SANGSTER, WYSOCKI AND BERG, P.C. |
|---|---|
| By: Thomas O. Sinclair SIN018<br>    Jennifer Champ Wallis WAL191<br>Attorneys for Plaintiff<br>2100-A SouthBridge Parkway, Suite 450<br>Birmingham, AL 35209<br>(205) 803-0051- Telephone<br>(205) 803-0053 - Facsimile<br>tsinclair@cwp-law.com<br>jwallis@cwp-law.com | By: Jeffrey A. Heldt P14849<br>Attorneys for Defendant Unival, Inc.<br>300 Park, Suite 265<br>Birmingham, MI 48009<br>(248) 646-1055 - Telephone<br>(248) 646-1054 - Facsimile<br>jheldt@kotzsangster.com |

## JEFFREY A. HELDT'S MOTION FOR PRO HAC VICE

**COMES NOW** the undersigned and respectfully moves for the admission of Jeffrey A. Heldt, Esq., of the law firm of Kotz, Sangster, Wysocki and Berg, P.C., 300 Park, Suite 265, Birmingham, Michigan 48009, for purposes of appearing as counsel on behalf of Unival, Inc. in the above-styled case only.

1

Jeffrey A. Heldt certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the United States District Court for the Eastern District of Michigan, Western District of Michigan, 10th Circuit Court of Appeals and U.S. Supreme Court. Mr. Heldt has never been suspended, disbarred or resigned as a result of a disciplinary charge, investigation, or proceeding from the practice of law in any jurisdiction. No proceeding is presently pending against him in any jurisdiction. Mr. Heldt consents to the jurisdiction of the United States District Court for the Middle District of Alabama, Eastern Division to resolve any disciplinary matter that might arise as a result of his representation in this action.

In further support of this motion, it is hereby designated that Kathryn Morris Willis, with the law firm of Burr & Forman LLP, is a member of the bar of this Court and maintains an office in this District for the practice of law. She is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. Attached hereto as Exhibit A is a proposed order granting Jeffrey A. Heldt's Motion for Pro Hac Vice.

Respectfully submitted,

/s/ Kathryn M. Willis
Stephen J. Bumgarner (BUM001)
Kathryn Morris Willis (MOR130)
Co-Counsel for Defendant Q.I.S., Inc.

BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**OF COUNSEL:**
Kotz, Sangster, Wysocki and Berg, P.C.
300 Park, Ste. 265
Birmingham, Michigan 48009
Telephone: (248) 646-1055

Kotz, Sangster, Wysocki and Berg, P.C. Attorneys and Counselors at Law, 400 Renaissance Center, Suite 3400, Detroit, Michigan 48243-1618

3

9254.104\Doc#3

## **VERIFICATION OF ATTORNEY**

I affirm under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Exhibit the 26th day of March, 2007.

_____
Jeffrey A. Heldt (P14849)

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C. ATTORNEYS AND COUNSELORS AT LAW, 400 RENAISSANCE CENTER, SUITE 3400, DETROIT, MICHIGAN 48243-1618

Case 3:07-cv-01107-WKW-SRW    Document 13    Filed 02/12/2008    Page 4 of 8

4

9254.104\Doc#3

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, _____ David J. Weaver _____, *Clerk of this Court,*

certify that _____ JEFFREY A. HELDT _____,

*was duly admitted to practice in this Court on*

_____ 5/30/1973 _____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____ Detroit, MI _____ on _____ February 8, 2008 _____.
LOCATION                                             DATE

David J. Weaver
CLERK

DEPUTY CLERK

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JERRY PARKER,

    Plaintiff,

v.                                                                                              Case No.3:07-cv-1107-WKW
                                                                                    Hon.

MUTUAL OF OMAHA INSURANCE
COMPANY, UNIVAL, INC, UNITED
OF OMAHA LIFE INSURANCE CO.,
ALABAMA NATIONAL
BANCORPORATION,
ALABAMA NATIONAL
BANCORPORATION
GROUP INSURANCE PLAN,

    Defendants.
_____/

| CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS | KOTZ, SANGSTER, WYSOCKI AND BERG, P.C. |
|---|---|
| By:  Thomas O. Sinclair SIN018 | By:  Jeffrey A. Heldt P14849 |
|        Jennifer Champ Wallis WAL191 | Attorneys for Defendant Unival, Inc. |
| Attorneys for Plaintiff | 300 Park, Suite 265 |
| 2100-A SouthBridge Parkway, Suite 450 | Birmingham, MI  48009 |
| Birmingham, AL  35209 | (248) 646-1050 - Telephone |
| (205) 803-0051- Telephone | (248) 646-1054 - Facsimile |
| (205) 803-0053 - Facsimile | jheldt@kotzsangster.com |
| tsinclair@cwp-law.com | |
| jwallis@cwp-law.com | |

_____/

### ORDER GRANTING JEFFREY A. HELDT'S
### MOTION FOR PRO HAC VICE ADMISSION

This matter having come before the court on the Motion for Admission

Pro Hac Vice of Jeffrey A. Heldt, Esq., as counsel for Unival, Inc. and the

5

Court having reviewed the file and being otherwise fully advised in the premises, it is

**Ordered and Adjudged;**

That Jeffrey A. Heldt's Motion for Pro Hac Vice Admission is granted.

Done and ordered this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: February ___, 2008

Kotz, Sangster, Wysocki and Berg, P.C. Attorneys and Counselors at Law, 400 Renaissance Center, Suite 3400, Detroit, Michigan 48243-1618

6

9254.104\Doc#3