```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003872
Cashier ID: khaynes
Transaction Date: 02/13/2008
Payer Name: JEFFREY A HELDT
------------------------------------
PRO HAC VICE
 For: JEFFREY A HELDT
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:          $50.00
------------------------------------
CHECK
 Check/Money Order Num: 8702
 Amt Tendered:   $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

MPHV- JEFFREY A HELDT


3:07-cv-01107-WKW-SRW



Parker v. Mutual of Omaha Insurance
Company et al
```