IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1107-WKW |
| ) | |
| MUTUAL OF OMAHA ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the motion for admission *pro hac vice* (Doc. # 13) by Defendant Unival, Inc.'s counsel, Jeffrey A. Heldt, it is ORDERED that the motion is GRANTED.

DONE this 19th day of February, 2008.

                                        /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE