IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1107-WKW |
| ) | |
| MUTUAL OF OMAHA ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The plaintiff is ORDERED file a status report with the court regarding the service of process on defendants Alabama National Bancorporation and Alabama National Bancorporation Group Insurance Plan **on or before March 3, 2008**.

DONE this 25th day of February, 2008.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE