# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER; ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:07-cv-01107-WKW-SRW |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY; ) | |
| UNIVAL, INC.; ) | |
| UNITED OF OMAHA LIFE INSURANCE CO.; ) | |
| ALABAMA NATIONAL BANCORPORATION; ) | |
| ALABAMA NATIONAL BANCORPORATION ) | |
| GROUP INSURANCE PLAN, ) | |
| ) | |
|    Defendants. ) | |

## MOTION TO DISMISS ALABAMA NATIONAL BANCORPORATION AND ALABAMA NATIONAL BANCORPORATION GROUP INSURANCE PLAN

COMES NOW the Plaintiff, Jerry Parker, and files this Motion to Dismiss Without Prejudice Alabama National Bancorporation and Alabama National Bancorporation Group Insurance Plan[1] (the "Alabama National Bancorporation Defendants"). It appears that the benefits at issue in this case are solely funded by policies issued by the remaining Defendants, who have appeared in this action, and

---

[1] Service of the Summons and Complaint has not yet been effectuated on the Alabama National Bancorporation Defendants.

therefore the Alabama National Bancorporation Defendants do not appear to be necessary for the adjudication of Plaintiff's claims[2].

Wherefore, Plaintiff respectfully requests this Honorable Court issue a Show Cause Order to determine whether Defendants oppose this Motion.

                                     Respectfully submitted,

                                     /s/ Jenifer Champ Wallis
                                     Jenifer Champ Wallis
                                     One of the Attorneys for Plaintiff

Thomas O. Sinclair
Jenifer Champ Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Ph:   (205) 803-0051
Fax:  (205) 803-0053
E-mail:  jwallis@cgl-law.com
E-mail:  tsinclair@cgl-law.com

---

[2] Plaintiff's counsel has attempted to confer with Defense attorneys for Mutual of Omaha, United of Omaha and Unival, Inc., to determine if they oppose this motion. Defendants have not responded.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on February 29, 2008, with the Clerk of this Court using the CM/ECF system which should automatically send email notification of such filing to the following attorneys of record:

Stephen James Bumgarner

Jeffrey A. Heldt

John Stephen Johnson

Henry Tonsmeire Morrissette

Kathryn Morris Willis

/s/ Jenifer Champ Wallis