# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER; | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) 3:07-cv-01107-WKW-SRW |
| MUTUAL OF OMAHA INSURANCE | ) |
| COMPANY; | ) |
| UNIVAL, INC.; | ) |
| UNITED OF OMAHA LIFE INSURANCE CO.; | ) |
| ALABAMA NATIONAL BANCORPORATION; | ) |
| ALABAMA NATIONAL BANCORPORATION | ) |
| GROUP INSURANCE PLAN, | ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S STATUS REPORT REGARDING SERVICE OF PROCESS ON ALABAMA NATIONAL BANCORPORATION DEFENDANTS

COMES NOW the Plaintiff, Jerry Parker, and files this Status Report pursuant to this Honorable Court's Order (Doc. # 16) dated February 25, 2008 and states as follows: Plaintiff has attempted to confer with defense counsel to determine whether they oppose the dismissal without prejudice of the Alabama National Bancorporation Defendants[1]. Defendants have not responded. Plaintiff has therefore filed a Motion to Dismiss (Doc. # 18) requesting this Honorable Court issue a Show Cause Order to determine whether the remaining Defendants

---

[1] The Alabama National Bancorporation Defendants (Alabama National Bancorporation and Alabama National Bancorporation Group Insurance Plan) have not yet been served with the Summons and Complaint in this matter.

oppose the dismissal without prejudice of the Alabama National Bancorporation Defendants.

                                          Respectfully submitted,

                                          /s/ Jenifer Champ Wallis
                                          Jenifer Champ Wallis
                                          One of the Attorneys for Plaintiff

Thomas O. Sinclair
Jenifer Champ Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Ph:   (205) 803-0051
Fax:  (205) 803-0053
E-mail:  jwallis@cgl-law.com
E-mail:  tsinclair@cgl-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on March 3, 2008, with the Clerk of this Court using the CM/ECF system which should automatically send email notification of such filing to the following attorneys of record:

Stephen James Bumgarner

Jeffrey A. Heldt

John Stephen Johnson

Henry Tonsmeire Morrissette

Kathryn Morris Willis

/s/ Jenifer Champ Wallis