# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JERRY PARKER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 3:07CV1107-WKW |
| **MUTUAL OF OMAHA INSURANCE COMPANY, ET AL.,** | ) ) ) |
| **Defendants.** | |

## CORPORATE DISCLOSURE STATEMENT OF UNIVAL, INC.

COMES NOW Unival, Inc., ("Unival") and pursuant to Fed. R. Civ. P. 7.1, files its Corporate Disclosure Statement, as follows:

Unival has no parent corporation that is publicly traded and no publicly held corporation owns more than 10% of its stock.

1647713 v1

/s/ Kathryn M. Willis
Stephen J. Bumgarner (BUM001)
Kathryn Morris Willis (MOR130)

Attorneys for Defendant
UNIVAL, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

/s/ Jeffrey A. Heldt
Jeffrey A. Heldt
jheldt@kotzsangster.com

OF COUNSEL:
Kotz, Sangster, Wysocki and Berg, P.C.
300 Park
Suite 265
Birmingham, Michigan 48009
Telephone: (248)646-1055