IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1107-WKW |
| ) | |
| MUTUAL OF OMAHA ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Dismiss Alabama National Bancorporation and Alabama National Bancorporation Group Insurance Plan (Doc. # 18) without prejudice, it is ORDERED that the remaining defendants shall show cause in writing why the motion should not be granted **on or before March 10, 2008**.

DONE this 5th day of March, 2008.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE