IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-1107-WKW |
| | ) | |
| MUTUAL OF OMAHA | ) | |
| INSURANCE COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Dismiss Alabama National Bancorporation and Alabama National Bancorporation Group Insurance Plan (Doc. # 18) without prejudice, and the lack of a timely response from the remaining defendants despite the court's order (Doc. # 22) of March 5, 2008, it is ORDERED that the motion to dismiss is GRANTED. Defendants Alabama National Bancorporation and Alabama National Bancorporation Group Insurance Plan are DISMISSED without prejudice as parties to this case.

DONE this 12th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE