## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER; | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) 3:07-cv-01107-WKW-SRW |
| MUTUAL OF OMAHA INSURANCE | ) |
| COMPANY; | ) |
| UNIVAL, INC.; | ) |
| UNITED OF OMAHA LIFE INSURANCE CO.; | ) |
| | ) |
|     Defendants. | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:    Debra P. Hackett, Court Clerk

DATE OF SERVICE:       April 1, 2008

      Take notice that the undersigned has, by mail this date, served on all counsel of record, the following:

        Plaintiff's First Interrogatories and Request for Production to Defendant, Unival, Inc.;

        Plaintiff's First Interrogatories and Request for Production to Defendant, United of Omaha Life Insurance Company; and

        Plaintiff's First Interrogatories and Request for Production to Defendant, Mutual of Omaha Insurance Company.

                  /s/ Jenifer Champ Wallis
                  Jenifer Champ Wallis
                  Attorney for Plaintiff

**OF COUNSEL:**
Campbell, Gidiere, Lee, Sinclair & Williams
Suite 450, 2100-A SouthBridge Parkway
Birmingham, AL 35209
(205) 803-0051

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John S. Johnson
Henry T. Morrissette
HAND ARENDALL, LLC
2001 Park Place North
Suite 1200
Birmingham, Alabama  35203

Stephen J. Bumgarner
Kathryn Morris Willis
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203

Jeffrey A. Heldt
KOTZ, SANGSTER, WYSOCKI & BERG, P.C.
300 Park, Suite 265
Birmingham, Michigan  48009


        <u>s/ Jenifer Champ Wallis</u>
        **OF COUNSEL**