IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER,            ) | |
| ) | |
| Plaintiff,      ) | |
| ) | CASE NO. |
| vs.                     ) | |
| ) | 3:07-CV-1107-WKW |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY, et al.,         ) | |
| ) | |
| Defendants.   ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Jerry Parker and Defendants Mutual of Omaha Insurance Company, United of Omaha Life Insurance Company and Unival, Inc., by and through the undersigned counsel, stipulate to the dismissal, with prejudice, of this action. The parties will bear their own costs.

Respectfully submitted on this 26th day of June, 2008.

_____
Thomas O. Sinclair
Jenifer Champ Wallis
Attorneys for Plaintiff Jerry Parker

CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

*/s/ John S. Johnson*
JOHN S. JOHNSON
Bar ID ASB-7114-H67J

OF COUNSEL:
HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
E-mail: jjohnson@handarendall.com

HENRY T. MORRISSETTE
Bar ID ASB-7622-E54H

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
E-mail: hmorrissette@handarendall.com

Attorneys for Defendants United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company

*/s/ Kathryn M. Willis*
Stephen James Bumgarner
Kathryn Morris Willis

BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

Jeffrey A. Heldt

KOTZ, SANGSTER, WYSOCKI & BERG, P.C.

2

300 Park, Suite 265
Birmingham, Michigan  48009

        Attorneys for Defendant Unival, Inc.