IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY PARKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MUTUAL OF OMAHA ) <br> INSURANCE COMPANY, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 3:07-cv-1107-WKW |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 30), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 27th day of June, 2008.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE